THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (BALTIMORE DIVISION)

THE UNITED STATES OF AMERICA *
through its Agency,
SMALL BUSINESS ADMINISTRATION *

        Plaintiff *

v.                       Civil No. JFM-90-CV-2914

RAYMOND L. LATTIMORE, JR.
A/K/A RAYMOND A. LATTIMORE, JR.
                               *

        Defendant *

DIANE KATE LATTIMORE *

        Defendant *

* * * * * * * * * * *

## ORDER OF SATISFACTION

MR. CLERK:

Please enter the above captioned case:

"PAID, SETTLED, AND SATISFIED."

                        ALLAN F. LOUCKS
                        United States Attorney

                        By: _____
                        ASHLEY H. HOU, #26928
                        Special Assistant U.S. Attorney
                        U.S. Small Business Administration
                        City Crescent Bldg., 6th Floor
                        10 South Howard Street
                        Baltimore, Maryland 21201
                        Ashley.Hou@sba.gov
                        (410) 962-2474